B1 (Official Form 1) (4/10)

| United States Bankruptcy Court<br>District of Nevada | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**MT3 PARTNERS, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all):    **20-4044106** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**2165 CANYON MESA COURT**<br>**RENO, NV**<br>ZIP CODE    **89523** | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**WASHOE** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

### Type of Debtor
(Form of Organization)
(Check one box.)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☑ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)
  _____

### Nature of Business
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☑ Other

### Tax-Exempt Entity
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.)

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."
- ☑ Debts are primarily business debts.

### Filing Fee (Check one box)

- ☑ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

Check all applicable boxes
- ☐ A plan is being filed with this petition
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

**Estimated Assets**

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| Voluntary Petition *(This page must be completed and filed in every case)* | Name of Debtor(s): **MT3 PARTNERS, LLC** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.)

| Location Where Filed:   **NONE** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor  (If more than one, attach additional sheet)

| Name of Debtor: **NONE** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐   Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>**X   Not Applicable**<br>—————————————————————————<br>Signature of Attorney for Debtor(s)            Date |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐   Yes, and Exhibit C is attached and made a part of this petition.

☑   No

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐   Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐   Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor – Venue
(Check any applicable box)

☑   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate. general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District. or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following).

—————————————————————————
(Name of landlord that obtained judgment)

—————————————————————————
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

Case 10-54172-gwz    Doc 1    Entered 10/22/10 14:53.04    Page 3 of 13

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**MT3 PARTNERS, LLC** |
|---|---|

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br><br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐  I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by § 1515 of title 11 are attached.<br><br>☐  Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the Chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |
| X  **Not Applicable**<br>Signature of Debtor<br><br>X  **Not Applicable**<br>Signature of Joint Debtor<br><br>Telephone Number (If not represented by attorney)<br><br>Date | X  **Not Applicable**<br>(Signature of Foreign Representative)<br><br>(Printed Name of Foreign Representative)<br><br>Date |
| X  _Signature of Attorney_<br>Signature of Attorney for Debtor(s)<br><br>**Jeffrey L. Hartman, Esq.  Bar No.  1607**<br>Printed Name of Attorney for Debtor(s) / Bar No.<br><br>**Hartman & Hartman**<br>Firm Name<br><br>**510 W Plumb Ln # B Reno, NV  89509**<br>Address<br><br><br>**(775) 324-2800              (775) 324-1818**<br>Telephone Number<br>**10/22/2010**<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | Signature of Non-Attorney Petition Preparer<br><br>I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>**Not Applicable**<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>Address<br><br>X  **Not Applicable**<br><br>Date<br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach to the appropriate official form for each person. |
| **Signature of Debtor (Corporation/Partnership)**<br><br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Authorized Individual<br><br>**MARK KUBINSKI**<br>Printed Name of Authorized Individual<br><br>**MEMBER/MANAGER**<br>Title of Authorized Individual<br><br>**10-22-10**<br>Date | *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

# UNITED STATES BANKRUPTCY COURT
## District of Nevada

In re:   MT3 PARTNERS, LLC                                         Case No. _____
         Tax ID No. 20-4044106                                     Chapter 11

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, MARK KUBINSKI, declare under penalty of perjury that I am the MEMBER/MANAGER of MT3 PARTNERS, LLC, a Nevada corporation and that on August 23, 2010 the following resolution was duly adopted by the MEMBERS of this Corporation:

"Whereas, it is in the best interest of this Corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States code;

Be It Therefore Resolved, that MARK KUBINSKI of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Corporation; and

Be It Further Resolved, that MARK KUBINSKI, of this Corporation , is authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such bankruptcy case; and

Be It Further Resolved, that MARK KUBINSKI, of this Corporation, is authorized and directed to employ Jeffrey L. Hartman, attorney and the law firm of Hartman & Hartman to represent the Corporation in such bankruptcy case."

Executed on: 10-22-10          Signed: _____
                                        MARK KUBINSKI, Member/Manager

B4 (Official Form 4) (12/07)

## United States Bankruptcy Court
## District of Nevada

In re MT3 PARTNERS, LLC

Debtor

Case No. _____

Chapter  11  _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1)<br><br>Name of creditor and complete mailing address Including zip code | (2)<br><br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, gov-ernment contract, etc.) | (4)<br><br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br><br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| NEVADA SECURITY BANK<br>3490 S. VIRGINIA STREET<br>RENO, NV  89502 | | | | $250,000.00 |
| HERITAGE BANK<br>1401 SOUTH VIRGINIA STRE<br>RENO, NV  89501 | | | | $250,000.00 |
| SMC<br>290 GENTRY WAY, STE. 1<br>RENO, NV  89502 | | | | $200,000.00 |
| RHP<br>1008 EAST 4TH STREET<br>RENO, NV  89512 | | | | $200,000.00 |
| AJ KIRKWOOD & ASSOCIATES<br>445 S. VIRGINIA STREET<br>RENO, NV  89501 | | | | $200,000.00 |
| MARTIN IRON WORKS<br>530 EAST 4TH STREET<br>RENO, NV  89512 | | | | $100,000.00 |

B4 (Official Form 4) (12/07)4 -Cont.

In re **MT3 PARTNERS, LLC** _____, Case No. _____
                                  Debtor                    Chapter **11** _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1)<br><br>Name of creditor and complete mailing address including zip code | (2)<br><br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br><br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br><br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| WASHOE COUNTY TAX ASSESSOR<br>1001 EAST 9TH STREET<br>RENO, NV 89502 | | | | $80,000.00 |
| WARD YOUNG<br>1041 STUART ST., STE. B<br>LAFEYETTE, CA 94549 | | | | $80,000.00 |
| ALOIAU ARCHITECTS<br>3748 LAKESIDE DRIVE<br>RENO, NV 89509 | | | | $71,280.00 |
| FERRARI SHIELDS<br>185 CADILLAC PLACE<br>RENO, NV 89509 | | | | $48,320.00 |
| FIRST INDEPENDENT BANK<br>5335 KIETZKE LANE<br>RENO, NV 89511 | | | | $30,000.00 |
| ASPEN MECH<br>5475 LONGLEY LANE<br>RENO, NV 89511 | | | | $29,145.00 |

B4 (Official Form 4) (12/07)4 -Cont.

In re  MT3 PARTNERS, LLC _____ ,   Case No. _____
                          Debtor                          Chapter   11 _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5)<br><br>*Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| PAT PINJUV<br>9425 DOUBLE R BOULEVARD<br>RENO, NV  89521 | | | | $23,000.00 |
| RAY PEZZONELLA<br>520 EDISON WAY<br>RENO, NV  89502 | | | | $23,000.00 |
| JP - ELECTRIC<br>3748 LAKESIDE DRIVE<br>RENO, NV  89509 | | | | $21,880.00 |
| RENOWN HOSPITAL<br>1155 MILL STREET<br>RENO, NV  89502 | | | | $15,000.00 |
| REC CIVIL<br>9725 TECHNOLOGY WAY<br>RENO, NV  89521 | | | | $11,980.00 |
| ALOIAU INTERIORS<br>3748 LAKESIDE DRIVE<br>RENO, NV  89509 | | | | $9,970.00 |

B4 (Official Form 4) (12/07)4 -Cont.

In re **MT3 PARTNERS, LLC** , Case No. _____

Debtor Chapter  **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| WARD YOUNG - LANDSCAPE<br>1041 STUART ST., STE. B<br>LAFEYETTE, CA  94549 | | | | $6,420.00 |
| TODD & ASSOCIATES<br>3748 LAKESIDE DRIVE<br>RENO, NV  89509 | | | | $6,125.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, MARK KUBINSKI, MEMBER/MANAGER of the _____ the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **10-22-10**   Signature: _____

**MARK KUBINSKI ,MEMBER/MANAGER**
(Print Name and Title)

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

Name, Address, Telephone No. & I.D. No.

**Jeffrey L. Hartman, Esq.**
**Hartman & Hartman**
**510 W Plumb Ln # B**
**Reno, NV 89509**
Phone: **(775) 324-2800**    Fax:    **(775) 324-1818**
I.D. No.: **1607**

## UNITED STATES BANKRUPTCY COURT
### District of Nevada

In Re

**MT3 PARTNERS, LLC**

BANKRUPTCY NO.
CHAPTER NO.    **11**

Debtor(s)

## DECLARATION RE: ELECTRONIC FILING OF PETITION
## SCHEDULES, STATEMENTS AND PLAN (if applicable)

## PART I - DECLARATION OF PETITIONER

I **MARK KUBINSKI**                                                     ,

the undersigned debtor(s) hereby declare under penalty of perjury that the information I have given my attorney and the information provided in the electronically filed petition, statements, schedules, amendments and plan (if applicable) as indicated above is true and correct. I consent to my attorney filing my petition, this declaration, statements, schedules and plan (if applicable) as indicated above to the United States Bankruptcy Court. I understand that this DECLARATION RE: ELECTRONIC FILING is to be filed with the Clerk once all schedules have been filed electronically but, in no event, no later than 15 days following the date the petition was electronically filed. I understand that failure to file the signed original of this DECLARATION will cause my case to be dismissed pursuant to 11 U.S.C § 707(a)(3) without further notice.

- ☐ If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7 or 13. I am aware that I may proceed under chapter 7, 11, 12, or 13 of 11 United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7 or 13. I request relief in accordance with the chapter specified in this petition.

- ☑ [If petitioner is a corporation or partnership] I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in accordance with the chapter specified in this petition.

Dated: __10-22-10__

Signed: _____
**MARK KUBINSKI**
(Applicant)

## PART II - DECLARATION OF ATTORNEY

I, the attorney for the petitioner named in the foregoing petition, declare that, I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

Dated: __10/22/2010__

Signed: _____
Jeffrey L. Hartman, Esq.
Attorney for Debtor(s)

B 203
(12/94)

## UNITED STATES BANKRUPTCY COURT
### District of Nevada

In re:    **MT3 PARTNERS, LLC**

Case No. _____

Chapter    11 _____

Debtor

# DISCLOSURE OF COMPENSATION OF ATTORNEY
# FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept                                           $          5,000.00

Prior to the filing of this statement I have received                              $          5,000.00

Balance Due                                                                                      $  **Billed Hourly**

2. The source of compensation paid to me was:

    ☑  Debtor                         ☐  Other (specify)

3. The source of compensation to be paid to me is:

    ☐  Debtor                         ☑  Other (specify)    **PRINCIPALS**

4. ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a)  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b)  Preparation and filing of any petition, schedules, statement of affairs, and plan which may be required;

    c)  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

    d)  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

    e)  [Other provisions as needed]
        **None**

6. By agreement with the debtor(s) the above disclosed fee does not include the following services:

    **None**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    _10/22/2010_

Jeffrey L. Hartman, Esq., Bar No. 1607

Hartman & Hartman
Attorney for Debtor(s)

---

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re:

)
MT3 PARTNERS, LLC                               )
)
)
)
)
)
)
)
                            Debtor(s).          )
)
_____    )

Bankruptcy No.:

Chapter          11


VERIFICATION OF CREDITOR
MATRIX

       The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date   __10-22-10__

Signature  _____
         MARK KUBINSKI

vercredmatrix.wpd rev. 4/12/07

MT3 PARTNERS, LLC
2165 CANYON MESA COURT
RENO, NV  89523

ELP CAPITAL
401 COURT STREET
RENO, NV  89501

MARTIN IRON WORKS
530 EAST 4TH STREET
RENO, NV  89512

Jeffrey L. Hartman, Esq.
Hartman & Hartman
510 W Plumb Ln # B
Reno, NV  89509

FERRARI SHIELDS
185 CADILLAC PLACE
RENO, NV  89509

NEVADA SECURITY BANK
3490 S. VIRGINIA STREET
RENO, NV  89502

AJ KIRKWOOD & ASSOCIATES
445 S. VIRGINIA STREET
RENO, NV  89501

FIRST INDEPENDENT BANK
5335 KIETZKE LANE
RENO, NV  89511

NEVADA STATE BANK
1 WEST LIBERTY STREET
RENO, NV  89501

PAT PINJUV
9425 DOUBLE R BOULEVARD
RENO, NV  89521

HERITAGE BANK
1401 SOUTH VIRGINIA STRE
RENO, NV  89501

NV DEPT. OF TAXATION
BANKRUPTCY SECTION
4600 KIETZKE #L-235
RENO, NV  89502

ALOIAU ARCHITECTS
3748 LAKESIDE DRIVE
RENO, NV  89509

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLENCY OP
P.O. BOX 21126
PHILADELPHIA, PA  19114-

RAY PEZZONELLA
520 EDISON WAY
RENO, NV  89502

ALOIAU INTERIORS
3748 LAKESIDE DRIVE
RENO, NV  89509

ISL
550 LAGUNA DRIVE
CARLSBAD, CA  92008

REC
8725 TECHNOLOGY WAY
RENO, NV  89521

ASPEN MECH
5475 LONGLEY LANE
RENO, NV  89511

JOHN COLLIER
429 WEST PLUMB LANE
RENO, NV  89509

REC CIVIL
9725 TECHNOLOGY WAY
RENO, NV  89521

CARYN SWOB
1019 LA RUE
RENO, NV  89509

JP - ELECTRIC
3748 LAKESIDE DRIVE
RENO, NV  89509

RENOWN HOSPITAL
1155 MILL STREET
RENO, NV  89502

DAVE DAVIS
100 WEST LIBERTY STREET
RENO, NV  89501

KYLE COLLINGSWORTH
947 MT. ROSE STREET
RENO, NV  89509

RHP
1008 EAST 4TH STREET
RENO, NV  89512

DEPT. OF EMPLOYMENT
EMPLOYMENT SECURITY DIV
500 EAST THIRD STREET
CARSON CITY, NV  89713

LEWIS MALDONADO
US EPA REGION 9 BK CONTA
OFFICE OF REGIONAL COUNS
75 HAWTHORNE STREET
SAN FRANCISCO, CA  94105

SMC
290 GENTRY WAY, STE. 1
RENO, NV  89502

STATE OF NV DMV
ATTN:   LEGAL DIVISION
555 WRIGHT WAY
CARSON CITY, NV   89711

WASHOE COUNTY TAX ASSESS
1001 EAST 9TH STREET
RENO, NV   89502


STEVE JOHNSON
295 HOLCOMB AVENUE
RENO, NV   89501

WENDY SIMMONS
1530 PASS DRIVE
RENO, NV   89509


STEVE SMITH
3470 MT. DIABLO BLVD.
#A110
LAFEYETTE, CA   94549


STOEL RIVES
10008 SOUTHEAST RIVER ST
TRUCKEE, CA   96161


THE WHITNEY GROUP
3907PARK DRIVE
EL DORADO HILLS, CA   957


TODD & ASSOCIATES
3748 LAKESIDE DRIVE
RENO, NV   89509


UNITED STATES TRUSTEE
300 BOOTH ST., #2129
RENO, NV   89509


VERN MARTIN - KITCHEN
3748 LAKESIDE DRIVE
RENO, NV   89509


WARD YOUNG
1041 STUART ST., STE. B
LAFEYETTE, CA   94549


WARD YOUNG - LANDSCAPE
1041 STUART ST., STE. B
LAFEYETTE, CA   94549